Hamid Michael Hejazi
Inmate ID #3925882
Lane County Adult Corrections
101 West 5th Avenue
Eugene, OR 97401

FILED 26 JUN '25 10:25 USDC-ORP

In The United States District Court For The District of Oregon

| Iran, | Case No. 3:25-cv-1102-AR |
|---|---|
| Plaintiff, | |
| v. | Complaint for the Torts of War Crimes, International Treaty Violation, Outrageous Government Conduct - Due Process Violation, Intentional Infliction of Emotional Distress, Human Rights Violation, Torture, Theft by Property Destruction, and Murder. |
| United Nations, United States, and President of the United States, Defendants. | |
| | Prayer Amount: $3,000,000,000,000.00 USD Declaratory & Injunctive Relief |
| | No Jury Trial Not Subject to Mandatory Arbitration |

## 1. Parties

Plaintiff, Iran, is the Islamic Republic of Iran and is a nation in continental Asia. Defendant, United Nations, is a multi-state governmental organization based in New York, NY, in the United States. Defendant, United States, is a nation throughout the North and South America Continents. Defendant, President of the United States, is the head of state of the

Page 1 of 6 / Complaint

United States and the Commander-in-Chief of the United States' armed forces.

## 2. Authorities

Plaintiff brings suit as a nation and a people, as under 42 U.S.C. §1983, the laws of nations, and natural law 'civilized jurisprudence' (Hilton 159 US at 205); as well as under international law treaties Hague, Geneva, and the Nueremburg doctorines (etc)*; including all other relevant and prevailing statutory, regulatory, and common-law standards at issue; all as based in natural law.

In the name of Allah, the most Merciful, the most Compassionate; as in the name of all Justice and Goodness.

## 3. Claims

Background: Yesterday, on June 21, 2025, the United States, by order of the President of the United States, though unprovoked and unauthorized, in breach of the law and natural justice, violating the soverignty and rights of Iran, as per the Algeria Accord of 1981, engaged in a military opperation against Iran, by dropping bombs against targets in Iran - against Iran's repeated warnings; doing so, as declared, to aid the 'state of Israel', which is an illegal occupation of Palestine, erroneously granted state status by the United Nations, amid the illegal occupations crimes and hostilities against Iran; the United Nations failing to duly protect Iran; causing much harm and strife, including suffering and turmoil in Iran — which has yet to be fully fathomed or audited; the United Nations remaining silent while the United States by its president bragged about stopping Iranian neuclear power.

Page 2 of 6 / Complaint     *Including Algeria Accord 1981 and Iran-USA claims laws.

### First Cause for Relief

Incorporating the above facts, defendants jointly and severably committed war crimes against the plaintiff.

### Second Cause for Relief

Incorporating the above facts and cause for relief, defendants jointly and severably violated international treaties,* accord, peace terms, and their obligations owed to the plaintiff.

### Third Cause for Relief

Incorporating the above facts and causes for relief, defendants jointly and severably committed outrageous government conduct by a due process owed violation against the plaintiff.

### Fourth Cause for Relief

Incorporating the above facts and causes for relief, defendants jointly and severably committed intentional infliction of emotional distress against the plaintiff.

### Fifth Cause for Relief

Incorporating the above facts and causes for relief, defendants jointly and severably committed human rights crimes violations against the plaintiff.

### Sixth Cause for Relief

Incorporating the above facts and causes for relief, defendants jointly and severably committed torture against the plaintiff.

*Including Hague, Geneva, Nuremburg, and Algeria doctorines.

### Seventh Cause for Relief

Incorporating the above facts and causes for relief, defendants jointly and severably committed theft by property destruction against the plaintiff.*

### Eighth Cause for Relief

Incorporating the above facts and causes for relief, defendants jointly and severably committed murder (wrongful death; intentional killing) against the plaintiff.*

### Ninth Cause for Relief
### -Declaratory Relief-

Incorporating the above facts and causes for relief, the plaintiff is entitled to declaratory relief for a 'cease and desist' finding, by declaration—that the hostilities as designated above are illegal and should stop immediately—by way of an injunctive order.

### Tenth Cause for Relief
### -Declaratory Relief-

Incorporating the above facts and causes for relief, the plaintiff is entitled to declaratory relief for a 'cease and desist' finding, by declaration—in keeping with the Balfour Declaration, that the Israeli 'state' is Palestine—that the United Nations erred when it assigned 'state status' to something (ie. certain Rabbinates) other than the longstanding nation of Palastine, and that the imposition of 'Jewish homeland' status to Palestinean territory never extinguished Palestine's title by heritage, titles, and blood over its country—as in the case of occupied "Indian" lands in the

Page 4 of 6 / Complaint   *Total destruction and killings ~~~~~ unknown - audit needed.

Continental Americas, North and South; and, that such a conclusion, ie. that Palestine is merely an 'observer', or that Israel holds land lawfully, over Palestine*, is a crime, an error, and fantasy from which the world must awaken; such that all military aid rendered to Israel ("state of") over Palestine, as in the hostility sued for in this suit, against Palestine, Lebanon, Syria, Iraq, Iran, Egypt, or any other entity must stop — by way of an injunctive order.

## Damages

The total extent of the destruction of property and killing of people, natural environment, and illnesses cannot be known at this point — and audits will reveal the extent over time. The plaintiff is entitled to compensation from the defendants jointly and severably — the apportionments to be decided by this court. The plaintiff has suffered greatly and it is legally entitled to assume atomic resources — as a sovereign nation, through international treaties and security; as with the United States, and other nations. This court should oversee damages audits.

## 4. Jurisdiction

Tort claim notices were issued by the plaintiff to the defendants; this suit being timely by one (1) day of the actions sued for in tort claims court. Equity is evoked where "state" of Israel's status is concerned — and under laches, there is no prejudice. Since "state" of Israel is lawfully Palestine — as by a long history, far predating the United Nations and 1948. This author,

Hamid Michael Hejazi, act in trust of Iran and for the public benefit interest of Iran and its people; a trust that this court should supervise, as well as in trust of lands now in probate inherited in Iran; as well as in trust by way of diplomatic and sovereign immunity.

### 5. Relief

This court should thus grant declaratory and injunctive relief in defense of the plaintiff — for peace and just war; and, grant damages, in the amount of $3,000,000,000,000.00 (three trillion dollars) to the plaintiff, plus interest annually accrued, plus legal fees and expenses; and, punitive damages and special damages; and all other remedies deemed just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 22, 2025

Respectfully Submitted,



Hamid Michael Hejazi
(DARIUS IV)
For Iran — In trust of Iran
(Golestan Palace, Tehran)

Dedicated to the children of Iran.

Hamid M. Hejazi
Inmate 3925882
Lane County Jail
101 West 5th Ave.,
Eugene, OR 97401

PORTLAND OR 972
24 JUN 2025 PM 1  L



Legal Mail

Court Clerk
U.S. District Court for Oregon
1000 SW 3rd Avenue
Portland, OR 97204

97204-293790